UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

E Sony EDOUARD,
Petitioner,

v.

Christopher LaROSE, et al.,
Respondents.

Case No.: 26-cv-5810-AGS-JLB

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE**

Petitioner E Sony Edouard seeks a writ of habeas corpus under 28 U.S.C. § 2241 to be free from immigration detention. Respondent “does not oppose” Edouard’s petition and “defers to the Court on the appropriate relief.” (ECF 4, at 3.) In light of this concession, the habeas petition is **GRANTED**. Respondents must immediately release petitioner. All deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated: October 26, 2026

Hon. Andrew G. Schopler
United States District Judge